1232

No. 12–974. ANDREWS ARTS & SCIENCES LAW, LLC, ET AL. v. SNOWIZARD, INC. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 12–979. WEAVER, DBA GUNS & AMMO v. HARRIS. C. A. 5th Cir. Certiorari denied.

No. 12–991. HABYARIMANA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF THE DECEASED PRESIDENT OF RWANDA, HABYARIMANA, ET AL. v. KAGAME, PRESIDENT OF THE REPUBLIC OF RWANDA. C. A. 10th Cir. Certiorari denied.

No. 12–1017. PATEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6075. F. H. ET UX. v. SHIMKO ET AL. Ct. App. Ohio, Stark County. Certiorari denied.

No. 12–6169. MAEHR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 12–6273. BEDZHANYAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6621. ALONZO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–6826. YUAN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 12–6877. STROUD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–7162. WILLIAMS v. TAMEZ, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–7203. BALTIMORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7328. POLIDORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7553. LOW v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.